No. 10-11252. Jose Espino-Rangel, Petitioner v. Lisa J. W. Hollingsworth, Warden.

565 U.S. 875, 132 S. Ct. 234, 181 L. Ed. 2d 132, 2011 U.S. LEXIS 7044.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-11253. Al Deangelo Cooper, Petitioner v. United States.

565 U.S. 875, 132 S. Ct. 234, 181 L. Ed. 2d 132, 2011 U.S. LEXIS 6481.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 416 Fed. Appx. 409.

No. 10-11254. John E. Colwell, Petitioner v. Robert M. Stevenson, Warden.

565 U.S. 875, 132 S. Ct. 234, 181 L. Ed. 2d 132, 2011 U.S. LEXIS 6623.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 787.

No. 10-11255. Willie James Easley, Petitioner v. United States.

565 U.S. 875, 132 S. Ct. 234, 181 L. Ed. 2d 132, 2011 U.S. LEXIS 7138.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-11256. Zachary Cooper, Petitioner v. Virginia.

565 U.S. 875, 132 S. Ct. 235, 181 L. Ed. 2d 132, 2011 U.S. LEXIS 6558.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-11257. Victor Detres, Petitioner v. Pennsylvania.

565 U.S. 875, 132 S. Ct. 235, 181 L. Ed. 2d 132, 2011 U.S. LEXIS 6839.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 4 A.3d 188.

No. 10-11258. Thomas E. Clark, Petitioner v. Pam Bondi, Attorney General of Florida, et al.

565 U.S. 875, 132 S. Ct. 235, 181 L. Ed. 2d 132, 2011 U.S. LEXIS 6679.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-11259. Shannon Darrell Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 875, 132 S. Ct. 235, 181 L. Ed. 2d 132, 2011 U.S. LEXIS 6957.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.